UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES MONROY MARTINEZ,<br><br>                      Petitioner,<br><br>v.<br><br>TODD M. LYONS, et al.,<br><br>                    Respondents. | Case No.:  26-CV-2173 JLS (AHG)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 15) |

Presently before the Court is the Parties' Notice of Settlement Regarding Petitioner's EAJA Demand ("Not.," ECF No. 15).  The Parties have notified the Court that they have reached a settlement as to Petitioner's EAJA fee demand.  Not. at 1.  Accordingly, as this concludes the litigation in this matter, the Clerk of Court **SHALL CLOSE** the file.

     **IT IS SO ORDERED.**

Dated:  July 24, 2026

Hon. Janis L. Sammartino
United States District Judge

1